

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00382-CR

GEORGE PAUL SIMON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant George Paul Simon entered an open plea of guilty to possession of more than four grams but less than two hundred grams of methamphetamine with intent to deliver.[2]  He also signed a judicial confession.  A jury convicted Appellant and assessed his punishment at twenty years' confinement.  The trial court sentenced him accordingly.

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Health & Safety Code Ann. §§ 481.102(6), .112(d) (West 2010).

Appellant's court-appointed appellate counsel has filed a motion to withdraw as counsel and a brief in support of that motion. In the brief, counsel avers that, in his professional opinion, this appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California*[3] by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. Although Appellant was given an opportunity to file a pro se response to the *Anders* brief, he has not done so. The State also did not file a brief.

After an appellant's court-appointed counsel files a motion to withdraw on the ground that the appeal is frivolous and fulfills the requirements of *Anders*, this court is obligated to undertake an independent examination of the record.[4] Only then may we grant counsel's motion to withdraw.[5] Because Appellant entered an open plea of guilty, our independent review for potential error is limited to potential jurisdictional defects, the voluntariness of Appellant's plea, error that is not independent of and supports the judgment of guilt, and error occurring after entry of the guilty plea.[6]

We have carefully reviewed counsel's brief and the record. We agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the

---

[3]386 U.S. 738, 87 S. Ct. 1396 (1967).

[4]*See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

[5]*See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

[6]*See Monreal v. State*, 99 S.W.3d 615, 619–620 (Tex. Crim. App. 2003).

record that arguably might support any appeal.[7]  Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 24, 2012

---

[7]*See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).